UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK E. VAN SCOY AND )<br>)<br>ALBERT K. KWAN )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES )<br>) | Civil Action No. |

**COMPLAINT**

**Jurisdiction**

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. §923(f)(3).

2. Plaintiffs Mark E. Van Scoy and Albert K. Kwan are a partnership trading under the name "Historic Research" at address 103040 NE 10th Street, Bellevue, Washington 98005.

3. Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF) is a

Complaint
*Mark E. Van Scoy &*
*Albert K. Kwan v. Bureau*
*of Alcohol, Tobacco,*
*Firearms and Explosives*
Case No.
COMPLAINT.wpd                                        1

Law Offices of Joseph R. Conte
400 Seventh St., N.W., Suite 400
Washington, D.C. 20004
202.638.4100

Law Offices of Eric R. Stahlfeld
145 S.W. 155th St., Suite 101
Seattle, WA 98166
206.248.8016

federal agency involved in the regulation of the sale and purchase of firearms.

**Facts**

4. On March 22, 2016, the ATF denied the plaintiff's application for a Federal Firearms License (hereinafter FFL) because Albert K. Kwan had "willfully violated the provisions of the [Gun Control Act]." (18 U.S.C. §923(d)(1)(C) and 27 C.F.R. §478.47(b)(3). Plaintiffs appeal the decision pursuant to 18 U.S.C. §923(f)(3).

5. On May 1, 2015, the plaintiffs filed an Application for Firearms License (ATF E Form 7, dated April 14, 2015 pursuant to the Gun Control Act (hereinafter GCA).

6. On December 8, 2015 the Director, Industry Operations, Seattle Field Division, issued a Notice to Deny Application for License. Plaintiffs timely submitted a request for a hearing.

7. A hearing was held on February 24, 2016, at the ATF Seattle Field Division office.

8. On March 22, 2016, the denied the application.

9. Plaintiff respectfully requests, pursuant to 18 U.S.C. §923(f)(3), a *de novo* review by this court of the determination referenced in paragraph 8 of this complaint, plus such other relief that the plaintiffs may be entitled to.

___/s/_ *Eric R. Stahlfeld*_____
Eric R. Stahlfeld
Counsel for Plaintiffs
Law Office of Eric Stahlfeld
1345 S.W. 155th St., #101
Seattle, WA 98166
Phone:  206.248.8016
Email:  eric@stahlfeld.com

___/s/_ *Jpseph R. Conte*_____
Joseph R. Conte
Counsel for Plaintiffs
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax: 202.628.0249
Email: dcgunlaw@gmail.com

Complaint
*Mark E. Van Scoy & Albert K. Kwan v. Bureau of Alcohol, Tobacco, Firearms and Explosives*
Case No.
COMPLAINT.wpd

2

Law Offices of Joseph R. Conte
400 Seventh St., N.W., Suite 400
Washington, D.C. 20004
202.638.4100

Law Offices of Eric R. Stahlfeld
145 S.W. 155th St., Suite 101
Seattle, WA 98166
206.248.8016

1 **DEFENDANT WILL BE SERVED VIA CERTIFIED MAIL:**

2

3 U.S. Attorney General Loretta E. Lynch
U.S. Department of Justice
4 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
5
Acting U.S. Attorney Annette L. Hayes
6 United States Attorney's Office
700 Stewart Street, Suite 5220
7 Seattle, WA 98101-1271

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint

*Mark E. Van Scoy &*
*Albert K. Kwan v. Bureau*
*of Alcohol, Tobacco,*
*Firearms and Explosives*
Case No.
COMPLAINT.wpd                                    1

Law Offices of Joseph R. Conte
400 Seventh St., N.W., Suite 400
Washington, D.C. 20004
202.638.4100

Law Offices of Eric R. Stahlfeld
145 S.W. 155th St., Suite 101
Seattle, WA 98166
206.248.8016