1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judge Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK E. VAN SCOY and ALBERT K. KWAN, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendant. | CASE NO. C16-725RAJ <br><br> **STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE; ORDER THEREON** |

WHEREAS this is an action brought under 18 U.S.C. § 923(f)(3) on behalf of plaintiffs Mark E. Van Scoy and Albert K. Kwan, *dba* "Historic Research," to challenge the denial by defendant Bureau of Alcohol, Tobacco, Firearms and Explosives (hereafter "ATF") of their application for a Federal Firearms License;

WHEREAS ATF has filed a motion for summary judgment (Dkt. # 11) which is pending before the Court;

WHEREAS plaintiffs Van Scoy and Kwan wish to dismiss their lawsuit with prejudice;

WHEREAS ATF had no objection to a dismissal of this lawsuit with prejudice;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

1.      This action shall be dismissed with prejudice;

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE;
ORDER THEREON - 1
(Case No. C16-725RAJ)

2.      Each side shall bear its own costs of suit and attorney's fees;

3.      The pending summary judgment motion (Dkt. # 11) shall be denied as moot.


SO STIPULATED.

DATED this 31st day of October, 2016.

ANNETTE L. HAYES
United States Attorney


/s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney for the
    Western District of Washington
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendant

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE;
ORDER THEREON - 2
(Case No. C16-725RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

SO STIPULATED.

DATED this 31st day of October, 2016

LAW OFFICE OF J.R. CONTE

*/s/ Joseph R. Conte*
JOSEPH R. CONTE
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: (202) 638-4100
Fax: (202) 628-0249
E-mail: dcgunlaw@gmail.com

LAW OFFICE OF ERIC STAHLFELD

*/s/ Eric R. Stahlfeld*
ERIC R. STAHLFELD
1345 S.W. 155th St., #101
Seattle, WA 98166
Phone: (206) 248-8016
E-mail: stahlfelde@aol.com

Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.


_____
RICHARD A. JONES
United States District Judge